UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | NO. 2:03-CR-27-1 |
| ) | |
| ) | |
| ROGER STOCKHAM ) | |

ORDER OF CONDITIONAL RELEASE

On April 29, 2005, this matter came before the Court for a disposition hearing under 18 U.S.C. § 4243(e). Pursuant to § 4243(e), this Court entered a Disposition Order on May 2, 2005 wherein it ordered Mr. Stockham be committed to the custody of the Attorney General for hospitalization until his mental condition is such that his release, or his conditional release under a prescribed regiment of medical, psychiatric, or psychological care or treatment, would not create a substantial risk of bodily injury to another person or serious damage to property of another.

By Certificate of Conditional Release dated August 17, 2005 the Warden of the U.S. Medical Center for Federal Prisoners in Springfield, Missouri certified that Mr. Stockham has recovered from his mental disease or defect such that his conditional release under a prescribed regiment of medical, psychiatric, or psychological care or treatment, would not create a substantial risk of bodily injury to another person or serious damage to property of another. The Warden has further recommend that pursuant to 18 USC §4243(f) Mr. Stockham be released under the following conditions:

1. He shall reside at the Chipper's Chalet transitional housing located at 835 25th Street, San Diego, CA 92102. Any changes in residence shall be approved by the United States Probation Office.

2.  He shall continue to take medication as ordered and as may be adjusted by his treating psychiatrist.

3.  He shall participate in mental health programs deemed therapeutic by his treating mental health professionals or supervising United States Probation Officer.  This would include voluntary admission to a psychiatric hospital on an inpatient basis.

4.  He shall refrain from illegal drugs and alcohol usage, submit to random urinalysis testing as requested by his treating mental health professionals or supervising United States Probation Officer.  He shall participate in substance abuse treatment if it is deemed appropriate.

5.  He shall abstain from owning or possessing firearms or any other weapons.

6.  He shall be supervised by the United States Probation Office, Southern District of California.  This includes waiving his rights to confidentiality and his voluntary consent to the release of information between his Probation Officer and treating mental health staff.

In light of the foregoing, and pursuant to 18 USC §4243(f) it is hereby ORDERED that Mr. Stockham be conditionally released pursuant to the above-noted conditions recommended by the Warden.

Dated at Burlington, Vermont this 23rd day of August, 2005.

/s/ William K. Sessions III
William K. Sessions III
United States District Court Judge