Prob 12
(D/VT Rev. 12/04)

**UNITED STATES DISTRICT COURT**
For The
**DISTRICT OF VERMONT**

U.S DISTRICT COURT
DISTRICT OF VERMONT
FILED
2011 JAN 26 PM 3: 21
BY _____
DEPUTY CLERK

U.S.A. vs. Roger Stockham                              Docket No. 2:03 CR 27-01

**Petition on Conditional Release**

COMES NOW Daniel J. Mangan, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Roger Stockham, who was placed on conditional release by the Honorable William K. Sessions III sitting in the Court at Burlington, on the 23rd day of August, 2005, and imposed the following conditions of release:

1. He shall reside at Chipper's Chalet transitional housing located at 835 25th Street, San Deigo, CA 92102. Any changes in residence shall be approved by the United States Probation Office.

2. He shall continue to take medication as ordered and may be adjusted by his treating psychiatrist.

3. He shall participate in mental health program deemed therapeutic by his treating mental health professionals or supervising United States Probation Officer. This would include voluntary admission to a psychiatric hospital on an inpatient basis.

4. He shall refrain from illegal drugs and alcohol usage, submit to random urinalysis testing as requested by his treating mental health professionals or supervising United States Probation Officer. He shall participate in substance abuse treatment if it is deemed appropriate.

5. He shall abstain from owning or possessing firearms or any other weapons.

6. He shall be supervised by the United States Probation Office, Southern District of California. This includes waiving his rights to confidentiality and his voluntary consent to the release of information between his Probation Officer and treating mental health staff.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1. **Conditional release # 2: He shall continue to take medication as ordered and may be adjusted by his treating psychiatrist.**

On or about January 10, 2011, the defendant stopped taking his medication, as evidenced

U.S.A. vs. Roger Stockham                                    Docket No. 2:03 CR 27-01

by his admission to a Dearborn, MI police officer on 1/24/11.

2.  **Conditional release # 4: He shall refrain from illegal drugs and alcohol usage, submit to random urinalysis testing as requested by his treating mental health professionals or supervising United States Probation Officer. He shall participate in substance abuse treatment if it is deemed appropriate.**

    On or about January 24, 2011, the defendant consumed alcoholic beverages, as evidenced by a preliminary breath test conducted by the Dearborn Police Department.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Roger Stockham back before this Court to show cause why his conditional release should not be revoked.

ORDER OF COURT

Considered and ordered this 26 day of Jan, 20 11 and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 26, 2011

_____
U.S. Probation Officer

Place: Burlington

Date: January 26, 2011