UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-27-1 |
| | ) | |
| | ) | |
| ROGER STOCKHAM | ) | |

ORDER

Defendant Roger Stockham appeared by this Court on June 12, 2012, for a hearing to determine whether or not defendant violated his conditional release. The Court has determined that the defendant did fail to follow the prescribed regimen as set forth in the conditional release plan dated August 23, 2005.

It appearing that the Court presently does not have before it sufficient information to assess the nature and extent of the defendant's mental health issues, IT IS HEREBY ORDERED as follows:

1. That the defendant be remanded to FMC Devens, in Ayer, Massachusetts, to assess whether "in light of his failure to comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment, his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another."  18 U.S.C. §4243(g).

2. That the period of the evaluation shall be no longer than 60 days.

3. That said report shall indicate what the defendant's treatment needs would be if the defendant were to be released back into the community.

4.  That following the evaluation period and, after a written report has been issued, that the defendant be returned to this court for a hearing pursuant to 18 U.S.C. § 4243(g).

DATED at Burlington, in the District of Vermont, this 13th day of June, 2012.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge