U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

Prob 12
(D/VT Rev. 12/04)

**2015 AUG 10  AM 10: 32**

# UNITED STATES DISTRICT COURT
## For The
# DISTRICT OF VERMONT

CLERK

BY_____ 
DEPUTY CLERK

U.S.A. vs. Roger Stockham                         Docket No. 2:03 CR 27-01

### Petition on Conditional Release

COMES NOW Daniel J. Mangan, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Roger Stockham, who was placed on conditional release by the Honorable William K. Sessions III sitting in the Court at Burlington, on the 13rd day of May, 2013, and imposed the following conditions of release:

1.    The defendant shall be released from custody immediately once a bed is available at Safe Haven, a housing facility operated by Howard Center.   He will reside at this facility until such time that the releasee is able to secure housing which has been approved in advance by the probation officer.   The releasee shall abide by all program rules and regulations of this program and any other program in which he resides.

2.    The release shall participate in a mental health treatment program approved by the probation office and shall comply with all treatment recommendations and medication directives made by his treatment team.   The release shall not cease taking his medication, change his medication, or take additional medication(s) unless approved in advance by his treatment team and treating physician(s).   Releasee will allow Howard Center to administer his medication while at Safe Haven and after his release from said facility.   If releasee fails to report for medication or refuses to take medication, he is to be arrested immediately.

3.    The releasee shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.

4.    The releasee shall sign all release forms authorizing communication between treatment agencies and medical personnel and shall voluntarily consent to waive his rights to confidentiality regarding his treatment in order to allow sharing of this information with his U.S. Probation Officer.

5.    The release shall not possess a firearm, destructive device, or other dangerous weapon.

6.    The releasee shall refrain from any unlawful use of a controlled substance.   The releasee shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

U.S.A. vs. Roger Stockham                                    Docket No. 2:03 CR 27-01

7.      The releasee shall not leave the judicial district without permission of the court or
        probation officer.

8.      The releasee shall report to the probation officer as directed, shall answer truthfully all
        inquiries by the probation officer, and follow instructions of the probation officer.

9.      The releasee shall refrain from the use of alcohol and shall not purchase, possess, use,
        distribute, or administer any controlled substance or any paraphernalia related to any
        controlled substance, except as prescribed by a physician.

10.     The releasee shall not frequent places where controlled substances are illegally sold, used,
        distributed, or administered.

11.     The releasee shall not associate with any persons engaged in criminal activity and shall not
        associate with any person convicted of a felony, unless granted permission to do so by the
        probation officer.

12.     The releasee shall permit a probation officer to visit him at any time at home or elsewhere
        and shall permit confiscation of any contraband observed in plain view of the probation
        officer.

13.     The releasee shall notify the probation officer within 72 hours of being arrested or
        questioned by a law enforcement officer.

14.     As directed by the probation officer, the releasee shall notify third parties of risks that may
        be occasioned by the releasee's criminal record or personal history or characteristics and
        shall permit the probation officer to make such notifications and to confirm the releasee's
        compliance with such notification requirement.

15.     The releasee shall submit his or her person, property, house, residence, vehicle, papers,
        computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data
        storage devices or media, or office, to a search conducted by a probation officer. Failure to
        submit to a search may be grounds for revocation of release. The releasee shall warn any
        other occupants that the premises may be subject to searches pursuant to this condition.
        An officer may conduct a search pursuant to this condition only when reasonable suspicion
        exists that the releasee has violated a condition of his supervision and that the areas to be
        searched contain evidence of this violation. Any search must be conducted at a reasonable
        time and in a reasonable manner.

16.     The releasee shall participate in the remote alcohol testing program until such time that the
        probation officer considers it no longer necessary.   The releasee shall be monitored by the
        wearing of a transdermal alcohol device.   The releasee shall contribute to the cost of the
        monitoring in an amount to be determined by the probation officer based on ability to pay.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(if short insert here; if lengthy write on separate sheet and attach)

1.    **Conditional release # 2: The release shall participate in a mental health treatment program approved by the probation office and shall comply with all treatment recommendations and medication directives made by his treatment team.   The release shall not cease taking his medication, change his medication, or take additional medication(s) unless approved in advance by his treatment team and treating physician(s).   Releasee will allow Howard Center to administer his medication while at Safe Haven and after his release from said facility.   If releasee fails to report for medication or refuses to take medication, he is to be arrested immediately.**

   On or about 8/7/15 and 8/8/15, the defendant failed to take his medication, as evidenced by an email correspondence received from the Howard Center on 8/9/15.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Roger Stockham back before this Court to show cause why his conditional release should not be revoked.

ORDER OF COURT

Considered and ordered this ___10___ day of _August_, 20_15_ and ordered filed and made a part of the records in the above case.   It is further ordered that this petition be SEALED until execution of the warrant.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 10, 2015
                 _____

_____
U.S. Probation Officer

Place: Burlington

Date: August 10, 2015