UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:03-CR-27-1 |
| | ) | |
| | ) | |
| ROGER STOCKHAM | ) | |

ORDER

Defendant Roger Stockham appeared by this Court on March 22, 2016, for a status conference. Prior to this status conference the Court received an oral report from the United States Probation Office indicating that another evaluation may be necessary in order to properly assess the nature and extent of the defendant's mental health issues. After discussion with counsel, the parties agreed that an additional evaluation is necessary.

Therefore, it appearing that the Court presently does not have before it sufficient information to assess the nature and extent of the defendant's mental health issues, IT IS HEREBY ORDERED as follows:

1. That the defendant be remanded to FMC Devens, in Ayer, Massachusetts, to assess whether "in light of his failure to comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment, his continued release would create a substantial risk of bodily injury to another person or serious damage to the property of another." 18 U.S.C. §4243(g).

2. That said report shall indicate what the defendant's treatment needs would be if the defendant were to be released back into the community.

3. That following the evaluation period and, after a written report has been issued, that the defendant be returned to this court for a hearing pursuant to 18 U.S.C. § 4243(g).

DATED at Burlington, in the District of Vermont, this 28th day of March, 2016.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge